# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

O.F.C.,

       *Petitioner*,

v.

Thomas DECKER, et al.,

       *Respondents*.

Case No. 1:22-CV-02255

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED USING INITIALS, FOR LEAVE TO REFER TO HIS SPOUSE BY FIRST NAME ONLY, AND FOR FILE MEDICAL RECORDS UNDER SEAL**

Petitioner's motion to proceed using his initials is GRANTED.

The Court further grants Petitioner's request to refer to his wife by only her first name and to file Petitioner's sensitive medical records under seal.

**IT IS SO ORDERED.**

Dated: ___March 29___, 2022
New York, NY

                                                      United States District Judge